## SUPREME COURT.

### Moody agt. The Mayor, &c.

*An owner of real property is liable for injuries caused to third persons by its defects, notwithstanding the premises are at the time in possession of a tenant, if the defects existed when the tenant took possession.*

*General Term, May* 6, 1865.

*Before* Clerke, Sutherland *and* Ingraham, *Justices.*

Clerke, J.   None of the cases cited by the counsel for the defendant are available for him.   On the contrary, *Cheetham* agt. *Hampson* (4 *Term. R.* 318) is against him.   A case (*Rosewell* agt: *Prior, Salk.* 460) was cited by counsel, to show that an action was maintained against the owner of premises, who was not in possession, for a nuisance in making an erection which stopped ancient lights.   Buller, J., in delivering his opioion in *Cheetham* agt. *Hampson,* refers to *Rosewell* agt. *Prior,* and remarks that it was very distinguishable from the case then under consideration.   "For there," he says, "the owner let the premises with the nuisace complained of, which had been before erected upon them."

The injury to the plaintiff in the present case arose, not from any want of repairs arising out of the use, but from the defective construction and dangerous condition of the pier. The defendants, the owners, let the pier "with the defects complained of," and are, consequently, liable for the injury sustained by the plaintiff.

There should be judgment for the plaintiff on the verdict, with costs.

Sutherland and Ingraham, Justices, concurred.

Note.—The case of *Little* agt. *Denn, ante, page* 68, we are informed should not have been reported; as at that term (June, 1864), the judges of the court of appeals were equally divided on the case, and a re-argument was ordered, and afterwards, at the January term, 1866, upon such re-argument, the judgment of the supreme court was *reversed,* and the case as thus decided is reported in 34 *N. Y. R.* 452.   Through some mistake probably, Judge Johnson's opinion was published in the newspapers, from which we took it as an *unreported case.*

The case of *Batterman* agt. *Finn, ante, page* 108, is a *dissenting* opinion, instead of the opinion of the court, which is reported 32 *How.* 501.—Rep.